UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Mexico Plastic Company | ) |
| | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:19cv3298 UNA |
| | ) |
| Texas Ice Express, LLC | ) |
| Defendant(s). | ) |

## ORDER

The above styled and numbered case was filed on December 19, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Patricia L. Cohen, United States Magistrate Judge, under cause number 2:19cv00093.

**IT IS FURTHER ORDERED** that cause number 4:19cv3298 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: December 20, 2019

By: /s/ Lori Miller Young
Lori Miller Young, Chief Deputy

**In all future documents filed with the Court, please use the following case number 2:19cv00093 PLC.**